IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRYSTAL GRAY                                                                              PLAINTIFF

v.                                          No. 4:04CV00490 GH

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, ET AL.                                                         DEFENDANTS

## **JUDGMENT**

In accordance with the separate order filed this date, summary judgment is hereby entered in favor of defendants.

DATED this 30th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE